# UNITED STATES DISTRICT COURT
for the

District of South Carolina

| | |
|---|---|
| AmGuard Insurance Company,<br>*Plaintiff*<br>v. | Civil Action No. 5:19-00635-JMC |
| SG Patel And Sons II, LLC, Steven Renew and Stephanie Renew, Individually, as Parents of Matthew Renew, and as Personal Representatives of the Estate of Matthew Renew, Luke Pickering, Brittin Ray, Michael A. Edwards, Brian Gibson, John Does 1-50, John Does Inc 1-50, John Does, LLC 1-50,<br>*Defendants* | |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

■ other: the plaintiff shall take nothing of the defendants and the complaint is dismissed without prejudice pursuant to Rule 12(b)(1).

This action was *(check one)*:

❏ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

❏ tried by Judge _____ without a jury and the above decision was reached.

■ decided by the Honorable J. Michelle Childs, United States District Judge presiding. The Court having granted the defendants' motion to dismiss.

Date: February 28, 2020

*CLERK OF COURT*

s/Angie Snipes

*Signature of Clerk or Deputy Clerk*