IN THE UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
ORANGEBURG DIVISION

| | |
|---|---|
| AMGUARD INSURANCE COMPANY, | ) CASE NO: 5:19-cv-00635-SAL |
| ) | |
| Plaintiff, ) | |
| v. ) | |
| ) | |
| SG PATEL AND SONS II, LLC, *et al.*, ) | |
| ) | |
| Defendants. ) | |

**JOINT STATUS REPORT**

In accordance with the Court's Text Order of July 27, 2022 (ECF No. 107), the parties[1] respectfully submit this Joint Status Report reflecting their positions on how this matter should proceed forward:

- Plaintiff AmGUARD Insurance Company ("AmGUARD") to post bond in accordance with the Court's Order of November 9, 2021 (ECF No. 102), as revised by the Court's Text Order of July 27, 2022 (ECF No. 107). AmGUARD anticipates submitting the bond for the Clerk's approval by August 22, 2022.

- Amendment of AmGUARD's Complaint to join necessary parties to this action based on the underlying state court complaints, which were filed after this action was initiated. AmGUARD anticipates having this completed by September 14, 2022.

- Either stipulation or dispositive motion(s) to resolve by final judgment the issues of law as to the applicable Limits of Insurance of Policy No. SGBP998472, issued

---

[1]  Crystal L. Maluchnik, counsel for Plaintiff and Justin T. Bamberg, on behalf of the Defendant parties, conferred as to this joint report and it has been approved on behalf of all parties.

896561                                                    1

by AmGUARD to SG Patel and Sons II LLC, for the claims made in the underlying state court actions.

- The Defendants will are required to litigate, adjust, and/or settle among each other their respective and lawful entitlement to the applicable Limits, or upon their failure to do so, the Court shall settle and adjust the claims and determine to whom the Limits shall be paid.

Respectfully submitted,

/s/ Crystal L. Maluchnik
Steven G. Janik
District Court ID 11301
Crystal L. Maluchnik
District Court ID 12573
JANIK L.L.P.
Hilton Head Island, SC 29928
[Mail: P.O. Box 470550, Cleveland, OH 44147]
(440) 838-7600 / (440) 838-7601 (Fax)
steven.janik@janiklaw.com
Crystal.maluchnik@janiklaw.com

*Attorneys for Plaintiff AmGUARD Insurance Company*

/s/ Justin T. Bamberg
Justin T. Bamberg
District Court ID 11363
BAMBERG LEGAL, LLC
104 Bridge Street
Bamberg, SC 29003
(803) 956-5088 * (803) 956-5094 (fax)
jbamberg@bamberglegal.com

*Attorney for Defendants Luke Pickering, Michael A. Edwards, and Brittin Ray*

/s/ Brandon P. Jones
Brandon P. Jones
District Court ID 10884
THE MCKAY FIRM, P.A.
3700 Forest Dr. Ste 404 (29204)
P.O. Drawer 7217
Columbia, SC 29202
(803) 256-4645
bjones@mckayfirm.com

*Attorney for Defendant SG Patel and Sons II, LL*

/s/ William H. Alexander
William H. Alexander
District Court ID 13009
LAW OFFICE OF WILLIAM H. ALEXANDER, LLC
P.O. Box 449
Barnwell, SC 29812
(803) 571-0039
wil@whalawoffice.com

*Attorneys for Defendants Steven Renew and Stephanie Renew, individually as Parents of Matthew Renew and as Personal Representatives of the Estate of Matthew Renew*