IN THE UNITED STATES DISTRICT COURT

DISTRICT OF SOUTH CAROLINA

ORANGEBURG DIVISION

|  |  |  |
|---|---|---|
| AmGUARD Ins. Co. | ) | Civil Action No. 5:19-00635-SAL |
| Plaintiff(s), | ) | |
| | ) | **SECOND AMENDED** |
| v. | ) | **SCHEDULING ORDER** |
| | ) | |
| SG Patel and Sons II LLC, et al | ) | |
| Defendant(s). | ) | |

Pursuant to the Federal Rules of Civil Procedure and the Local Civil Rules of this District, the court hereby establishes the following schedule for this case.

1.  Amendment of Pleadings: Any motions to join other parties and to amend the pleadings shall be filed by **September 5, 2023**.

2.  Expert Disclosures:

    A.   Plaintiff(s) shall file and serve a document identifying by full name, address, and telephone number each person whom Plaintiff(s) expects to call as an expert at trial and certifying that a written report prepared and signed by the expert pursuant to Fed. R. Civ. P. 26(a)(2)(B) or, where allowed, a report prepared by counsel has been disclosed to the other parties by **October 4, 2023**.

    B.   Defendant(s) shall file and serve a document identifying by full name, address, and telephone number each person whom Defendant(s) expects to call as an expert at trial and certifying that a written report prepared and signed by the expert pursuant to Fed. R. Civ. P. 26(a)(2)(B) or, where allowed, a report prepared by counsel has been disclosed to the other parties by **November 6, 2023**.

3.  Discovery: Discovery shall be completed no later than **December 4, 2023**. All discovery requests shall be served in time for the responses thereto to be served by this date. De bene esse depositions must be completed by the discovery deadline. **No motions relating to discovery shall be filed until counsel have consulted and attempted to resolve the matter as required by Local Civil Rule 7.02 (D.S.C.) and have had a telephone conference with Judge Lydon in an attempt to resolve the matter informally. The request for a telephone conference should be made within the time limit prescribed**

        **by local rule for filing such a motion. Attorneys should send a request for a telephone conference via e-mail to lydon_ecf@scd.uscourts.gov. The parties shall set forth their respective positions in their request.**

4.     Motions: All dispositive motions, *Daubert* motions, and all other motions, except those to complete discovery, those nonwaivable motions made pursuant to Fed. R. Civ. P. 12, and those relating to the admissibility of evidence at trial (other than *Daubert* motions), shall be filed on or before **December 8, 2023**.

5.     Mediation: Mediation shall be completed in this case on or before **March 1, 2024**. *See* Judge Lydon's Standing Order to Conduct Mediation (setting forth mediation requirements).

6.     Pretrial Disclosures: No later than **March 19, 2024** the parties shall file and exchange Fed. R. Civ. P. 26(a)(3) pretrial disclosures. Within 14 days thereafter, a party shall file and exchange Fed. R. Civ. P. 26(a)(3) objections, any objections to use of a deposition designated by another party, and any deposition counter-designations under Fed. R. Civ. P. 32(a)(6). Deposition designations and counter-designations must specifically identify the portions to be offered, including page and line citations.

7.     Trial: This case will go to trial during the **April 2024** term of court. Counsel, parties, and witnesses should plan their schedules, including vacations, accordingly.

        The parties' attention is specifically directed to Local Civil Rule 5.03 (D.S.C.) regarding the filing of confidential material. The parties' attention is also directed to the court's website regarding instructions or other orders that may be applicable to your case.

                                                                                     s/ Sherri A. Lydon

                                                                                   Sherri A. Lydon

Dated: August 9, 2023                                     United States District Judge

Columbia, South Carolina