AO 450 (SCD 04/2010)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of South Carolina

| | |
|---|---|
| AmGuard Insurance Company,<br>*Plaintiff*<br>v.<br>SG Patel and Sons II, LLC, Steven Renew, Stephanie Renew, Luke Pickering, Brittin Ray, Michael A. Edwards, Brian Gibson, John Does #1-50, John Does, Inc. #1-50, and John Does, LLC # 1-50,<br>*Defendants* | Civil Action No.  5:19-cv-635-SAL |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($___), which includes prejudgment interest at the rate of ___ %, plus postjudgment interest at the rate of ___ %, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____.

■ other: judgment is entered in favor of the plaintiff, AmGuard Insurance Company.

This action was *(check one)*:

☐ tried by a jury, the Honorable _____ presiding, and the jury has rendered a verdict.

☐ tried by the Honorable _____ presiding, without a jury and the above decision was reached.

■ decided by the Court, the Honorable Sherri A. Lydon, US District Judge, presiding.  The Court having heard and granted the plaintiff's motion for summary judgment.

Date:   March 15, 2024                                           *ROBIN L. BLUME, CLERK OF COURT*

                                                                                    s/ Amanda D. Hilley
                                                                        *Signature of Clerk or Deputy Clerk*