AO 450 (SCD 04/2010)   Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of South Carolina

| | |
|---|---|
| AmGuard Insurance Company,<br>*Plaintiff*<br>v.<br>SG Patel and Sons, II, LLC, Steven Renew and Stephanie Renew, Individually, as Parents of Matthew Renew, and as Personal Representatives of the Estate of Matthew Renew, Luke Pickering, Brittin Ray, Michael A. Edwards, Brian Gibson, John Does #1-50, John Does, Inc. #1-50, and John Does, LLC #1-50,<br>*Defendants* | Civil Action No.   5:19-cv-00635-SAL |

## AMENDED JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

❏ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($__), which includes prejudgment interest at the rate of ____ %, plus postjudgment interest at the rate of ____ %, along with costs.

■ judgment is entered in favor of the plaintiff, AmGuard Insurance Company, and any claims, demands and/or interest in connection with the accident are limited to Policy No. SGBP998472's $500,000.00 Common Cause Liquor Liability Limit.

■ the defendants, Steven Renew and Stephanie Renew, Individually, as Parents of Matthew Renew and as Personal Representatives of the Estate of Matthew Renew; Luke Pickering; Brittin Ray; Michael A. Edwards; and Brian Gibson, are enjoined from instituting or prosecuting any proceeding in any court affecting the amount of the Liability Limit of Policy No. SGBP998472 .

This action was *(check one)*:

❏ tried by a jury, the Honorable _____ presiding, and the jury has rendered a verdict.

■ decided by the Court, the Honorable Sherri A. Lydon, US District Judge, presiding.  The Court having heard and granted the plaintiff's motion for summary judgment and having entered an injunction.

Date:           March 22, 2024                    *ROBIN L. BLUME, CLERK OF COURT*

                                                                            s/ Amanda D. Hilley
                                                                    _____
                                                                    *Signature of Clerk or Deputy Clerk*