# IN THE UNITED STATES DISTRICT COURT
# DISTRICT OF SOUTH CAROLINA
# ORANGEBURG DIVISION

| | | |
|---|---|---|
| AmGUARD Insurance Company, | ) | |
| | ) | |
| Plaintiff, | ) | CASE NO: 5:19-cv-00635-SAL |
| v. | ) | |
| | ) | |
| SG Patel and Sons II, LLC, Steven Renew and Stephanie Renew, Individually, as Parents of Matthew Renew, and as Personal Representatives of the Estate of Matthew Renew, Luke Pickering, Brittin Ray, Michael A. Edwards, Brian Gibson, John Does #1–50, John Does, Inc. #1–50, and John Does, LLC #1–50, | ) ) ) ) ) ) ) ) | **NOTICE OF DEPOSIT BY PLAINTIFF AMGUARD INSURANCE COMPANY** |
| | ) | |
| Defendants. | ) | |

Plaintiff AmGUARD Insurance Company ("AmGUARD") respectfully gives notice that it has tendered to the Clerk its check in the amount of $500,000 representing AmGUARD's deposit of its $500,000 Common Cause Limit in accordance with the Court's Order of March 15, 2024 (ECF No. 127).

Respectfully submitted,

*/s/ Crystal L. Maluchnik*
Steven G. Janik
District Court ID 11301
Crystal L. Maluchnik
District Court ID 12573
JANIK L.L.P.
Hilton Head Island, SC 29928
[Mail: P.O. Box 470550, Cleveland, OH 44147]
(440) 838-7600 / (440) 838-7601 (Fax)
steven.janik@janiklaw.com
Crystal.maluchnik@janiklaw.com

*Attorneys for Plaintiff AmGUARD Insurance Company*

926704